Patrick G. TAUBMAN, Appellant,

v.

**PROSPECT DRILLING & SAWING, INC., Respondent.**

No. C6–90–2448.

Supreme Court of Minnesota.

July 24, 1991.

**ORDER**

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of Patrick G. Taubman for further review be, and the same is, granted for the limited purpose of remanding to the court of appeals for its reconsideration in light of *McDaniel v. United Hardware Dist. Co.,* 469 N.W.2d 84 (Minn.1991).